# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTIRCT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LINDA RIDDLE and RICARDO WOODS, individually, and on behalf of a class of similarly situated persons | ) ) ) ) | |
| Plaintiffs, | ) | Case No. 05 C 5880 |
| v. | ) ) | Judge Ronald A. Guzman |
| NATIONAL SECURITY AGENCY, INC. and IBRIHIM A. KISWANI | ) ) ) ) ) | Magistrate Geraldine Soat-Brown |
| Defendants, | ) | |

## PLAINTIFFS' MOTION FOR JUDGMENT ENTRY

Plaintiffs, LINDA RIDDLE and RICARDO WOODS, individually and on behalf of a class of similarly situated persons, by their attorney, STEVEN C. FUOCO moves the Court for an Order entering judgment in their favor and their attorney, STEVEN C. FUOCO and against defendants for the amount of reasonable attorney fees and non-taxable costs as determined by the April 23, 2010 Memorandum Opinion and Order of the Magistrate Judge, and in support thereof, state as follows:

1.  On April 23, 2010, Magistrate Judge Soat-Brown entered her Memorandum Opinion and Order [Doc. 186] resolving plaintiff's L.R. 54.3(f) Motion for Award of Attorney Fee and Non-Taxable Costs [Doc. 173].

2.  The Magistrate Judge's Memorandum Opinion and Order awarded a total of $23,800.34 to plaintiffs and counsel, consisting of $23,061.04 as a reasonable attorney's fee of plaintiffs' counsel and $739.30 for non-taxable costs [Doc. 185].

3.  The Rule 72 fourteen (14) period for the written submission of objections to the April 23, 2010 Magistrate Judge's Memorandum Opinion and Order passed on

May 7, 2010 without the service of any written objections.

4. Accordingly, the District Court should enter judgment on the Magistrate Judge's findings and direct the Clerk to tax costs.

Respectfully Submitted,

/s/Steven C. Fuoco
Steven C. Fuoco
Counsel for Plaintiffs

Steven C. Fuoco
1055 Golf Avenue
Highland Park, IL 60035
847/432-LAWS (5297)
Court ID No. 6206935